Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                      Case No.:  19−26418−JKS
                      Chapter:  13
                      Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Makdong Chung
   116 Christie St
   Leonia, NJ 07605

Social Security No.:
   xxx−xx−7950

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/27/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 28, 2019
JAN: mg

                                                                   Jeanne Naughton
                                                                   Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-26418-JKS
Makdong Chung                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin           Page 1 of 1           Date Rcvd: Oct 28, 2019
                              Form ID: 148          Total Noticed: 11

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 30, 2019.
db             +Makdong Chung,    116 Christie St,    Leonia, NJ 07605-1902
518428128       BANK OF AMERICA, NA,    Prober & Raphael,    20750 Ventura Boulevard, Suite 100,
                 Woodland Hills, CA 91364-6207
518428129      +Bank of America,    Phelan Hallinan Diamond & Jones, PLLC,    2001 NW 64TH Street, Suite 100,
                 Fort Lauderdale, FL 33309-1844
518428130       JPMORGAN CHASE BANK, N.A., as a servicer for,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Mt. Laurel, NJ 08054-3437
518428133      +NATIONSTAR MORTGAGE, LLC,    c/o MCCABE WEISBERG & CONWAY, LLC,    216 Haddon Avenue,    Suite 201,
                 Westmont, NJ 08108-2818
518428132       Noah Bank f/k/a Royal Asian Bank,    c/o Jae-Ung Choe, Esq.,    54 Woodbridge Ave 5,
                 Highland Park, NJ 08904-3257
518428134     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,
                 PO BOX 245,    TRENTON NJ 08646-0245)
518428131       Woori America Bank,    c/o Gross Truss & Herstik, PC,    63 West Main Street,    P.O. Box 5008,
                 Freehold, NJ 07728-5008
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 29 2019 00:23:19     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 29 2019 00:23:17     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518428135       EDI: IRS.COM Oct 29 2019 03:53:00     INTERNAL REVENUE SERVICE,
                 CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,   PHILADELPHIA PA 19101-7346
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 28, 2019 at the address(es) listed below:
              Emmanuel J. Argentieri    on behalf of Creditor   U.S. Bank NA, not in its individual capacity but
               solely as trustee for the RMAC Trust, Series 2016-CTT bk@rgalegal.com
              Hyung S. Kim    on behalf of Debtor Makdong  Chung James@hskimLaw.com, Soo@hskimlaw.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor   MEB Loan Trust IV rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```